UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TIMOTHY LEE WINTON**,　　　　　　　　　　Case No. 3:15-cv-00465-KI

　　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

　　v.

**CAROLYN W. COLVIN, Acting**
**Commissioner of Social Security**,

　　　　　Defendant.

　　Nancy J. Meserow
　　Law Office of Nancy J. Meserow
　　7540 SW 51st Ave.
　　Portland, OR 92219

　　　　Attorney for Plaintiff


　　Billy J. Williams
　　Acting United States Attorney
　　District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Erin F. Highland
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

  Attorneys for Defendant

KING, Judge:

  The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

  IT IS SO ORDERED.

  DATED this    1st    day of February, 2016.


            /s/ Garr M. King
          Garr M. King
          United States District Judge