FILED 25 MAY '16 15:50 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TIMOTHY LEE WINTON

    Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Civ. No. 3:15-cv-00465-KI

ORDER TO PAY
SUPPLEMENTAL EAJA FEES

King, Judge:

    Based on the stipulation of the parties, and pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, $2,277.36 is hereby awarded to Plaintiff as Supplemental EAJA fees, in addition to the previously ordered EAJA fees in the amount of $13,178.32, and the check for Supplemental EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

Any check issued shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow:
7540 S.W. 51st Ave.
Portland, OR
97219

IT IS SO ORDERED.

DATED this 25th day of May 2016.

_____
Garr M. King,
United States District Court Judge